DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PEACOCK

No. 200 PC.

Case below: 33 N.C. App. 637.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977. Appeal dismissed ex mero motu for lack of substantial constitutional question 23 August 1977.

STATE v. SANDERS

No. 188 PC.

Case below: 33 N.C. App. 284.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. SORRELLS

No. 196 PC.

Case below: 33 N.C. App. 374.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. STATON

No. 195 PC.

Case below: 33 N.C. App. 270.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 23 August 1977.

STATE v. VAWTER

No. 166 PC.

Case below: 33 N.C. App. 131.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.